

IT IS SO ORDERED
Judge James Ware

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| LEGATO SYSTEMS, INC.<br>(now EMC Corp.),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETWORK SPECIALISTS, INC.<br>(now NSI Software, Inc)<br><br>　　　　Defendant. | Case No. CO3 02286 JW (HRL)<br><br>**STIPULATION AND ORDER TO ENLARGE TIME** |

**STIPULATION AND ORDER**

1   Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Legato Systems, Inc. (now
2   EMC Corporation) ("EMC") and Defendant Network Specialists, Inc. (now NSI Software, Inc.)
3   ("NSI") (collectively, "the parties") hereby submit this stipulated request for an Order to Enlarge
4   Time.

5   WHEREAS, Defendant, Network Specialists, Inc. (NSI) has noticed for hearing on
6   December 19, 2005: (i) a Motion for Summary Judgment of Unenforceability of the '141 and
7   '283 Patents Due to Inequitable Conduct; (ii) a Motion For Summary Judgment of Invalidity of
8   the '141 and '283 Patents Due To The On-Sale Bar and Public Use Provisions of 35 U.S.C. §
9   102(b); and (iii) a Motion for Summary Judgment of Non-Infringement of the '141 and '283
10  Patents (collectively, "NSI's Summary Judgment Motions");

11  WHEREAS, Plaintiff has not previously requested an extension of time for the filing of
12  its Oppositions to NSI's Summary Judgment Motions and Defendant has not previously
13  requested an extension of time for the filing of its Replies to Plaintiff's Oppositions to NSI's
14  Summary Judgment Motions;

15  WHEREAS, the parties believe that the extensions of time requested hereby will not alter
16  other dates already scheduled by the Court; and

17  WHEREAS, the extensions of time requested herein will provide Plaintiff, in its
18  Oppositions, an opportunity to more fully address issues raised in NSI's Summary Judgment
19  Motions and will provide Defendant, in its Replies, an opportunity to more fully address any
20  issues that may be raised in Plaintiff's Oppositions, thereby providing a more complete record
21  for review by the Court prior to the requested hearing on the motions, and may provide
22  additional time for the parties to confer and resolve issues before the requested hearing on NSI's
23  Summary Judgment Motions;

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the
2  parties, that, the Court permitting, (i) the time for Plaintiff to file its Oppositions to NSI's Summary
3  Judgment Motions be extended to December 19, 2005; (ii) the time for Defendant to file its Replies to any
4  Oppositions filed by Plaintiff be extended to January 9, 2006; and (iii) the time for a hearing on NSI's
5  Summary Judgment Motions be set to February 13, 2006 at 9:00 A.M., or to such date thereafter as the
6  Court can accommodate.

Dated:   November 21, 2005

| McDERMOTT, WILL & EMERY | CLIFFORD CHANCE US LLP |
|---|---|
| By: _____<br>Terrence P. McMahon (State Bar No. 71910)<br>Vera M. Elson (State Bar No. 156327)<br>Lucy H. Koh (Star Bar No. 187848)<br>**McDermott, Will & Emery**<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: (650) 813-5000<br>Facsimile: (650) 813-5100<br><br>Attorneys for Plaintiff Legato Systems, Inc. | By:   /s/ Mark W. Rueh_____<br>Drew M. Wintringham, III (*pro hac vice*)<br>James V. Mahon (*pro hac vice*)<br>Mark W. Rueh (*pro hac vice*)<br>**CLIFFORD CHANCE US LLP**<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000<br>Facsimile: (212) 878-8375<br><br>Daniel R. Harris (State Bar No. 188417)<br>Q. Huy D. Do (State Bar No. 184462)<br>**CLIFFORD CHANCE US LLP**<br>990 Marsh Road<br>Menlo Park, California 94024-1949<br>Tel: (650) 566-4300<br>Fax: (650) 566-4399<br><br>Attorneys for Defendant Network Specialists, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____   Dated: __NOVEMBER 23_____, 2005
THE HONORABLE JAMES WARE
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME

CASE NO. C03 02286 JW (HRL)

- 3 -

NYB 1515821.1