1  Attorneys for Plaintiff
   **Legato Systems, Inc.**
2  **(now EMC Corp.)**

3  and

4  Attorneys for Defendant
   **Network Specialists, Inc.**
5  **(now NSI Software, Inc.)**

6  are listed on the signature page

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | LEGATO SYSTEMS, INC.              CASE NO. C03-02286 JW (HRL)
   | (now EMC Corp),
13 |                                   **STIPULATION FOR DISMISSAL OF**
   |     Plaintiff/Counterclaim Defendant,  **ACTION WITH PREJUDICE PURSUANT TO**
14 |                                   **FED. R. CIV. P. 41; [PROPOSED] ORDER**
   |     v.
15 |
   | NETWORK SPECIALISTS, INC.
16 | (now NSI Software, Inc.),
   |
17 |     Defendant/Counterclaim Plaintiff.

18

...

28

McDERMOTT, WILL & EMERY
ATTORNEYS AT LAW
PALO ALTO

## STIPULATION

Pursuant to Fed.R.Civ. P. 41, Plaintiff and Counterclaim Defendant Legato Systems, Inc. (now EMC Corp.) and Defendant and Counterclaim Plaintiff Network Specialists, Inc. (now NSI Software, Inc.), through their respective counsel of record, hereby stipulate as follows:

1. This action and all claims and counterclaims asserted therein are dismissed with prejudice;

2. Each party shall bear its own costs and attorney's fees; and

3. This Stipulation shall be made an Order of the Court.

Dated: January 9, 2006

CLIFFORD CHANCE US LLP

By: _____
Daniel R. Harris (State Bar #188417)
Daniel.Harris@cliffordchance.com
Q. Huy Do (State Bar #184462)
Huy.Do@cliffordchance.com
Five Palo Alto Square, Suite 200
3000 El Camino Real
Palo Alto, California 94306
Tel: (650) 858-4300
Fax: (650) 858-4399

Drew M. Wintringham, III
Drew.Wintringham@cliffordchance.com
Mark W. Rueh
Mark.Rueh@cliffordchance.com
CLIFFORD CHANCE US LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 878-8000
Fax: (212) 878-8375

Attorneys for Defendant
**Network Specialists, Inc.
(now NSI Software, Inc.)**

Dated: January 9, 2006

McDERMOTT WILL & EMERY LLP

By: _____
Terrence P. McMahon (State Bar #71910)
tmcmahon@mwe.com
Vera M. Elson (State Bar #156327)
velson@mwe.com
Lucy H. Koh (State Bar #187848)
lkoh@mwe.com
Behrooz Shariati (State Bar # 174436)
bshariati@mwe.com
3150 Porter Drive
Palo Alto, California 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Krish Gupta (Pro Hac Vice)
Gupta_Krish@emc.com
William R. Clark (Pro Hac Vice)
Clark_William@emc.com
EMC CORPORATION
176 South Street
Hopkinton, MA 01748
Telephone: (508) 435-1000
Facsimile: (508) 497-6915

Attorneys for Plaintiff
**Legato Systems, Inc.
(now EMC Corp.)**

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action and all claims and counterclaims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: January 11, 2006

/s/ James Ware

The Honorable James Ware
United Stated District Judge

MPK 102092-1.064318.0020